### CENTRAL VICTORIA, Limited, v. CAMI, Municipal Com'r of Finance.

(Circuit Court of Appeals, First Circuit.    February 5, 1924.)

#### No. 1609.

Appeal from the Supreme Court of Porto Rico.

Suit in equity by the Central Victoria, Limited, against Juan Perez Cami, Municipal Commissioner of Finance. From the decree of the Supreme Court of Porto Rico, complainant appeals. Reversed and remanded.

Francis G. Caffey, of New York City (Cay. Coll Cuchi, of San Juan, Porto Rico, and George W. Study and Bouvier, Caffey & Beale, all of New York City, on the brief), for appellant.

E. B. Wilcox, of San Juan, Porto Rico (Juan B. Soto, of San Juan, Porto Rico, on the brief), for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. This case is governed by our opinion in No. 1617, Successors of C. & J. Fantanzzi v. Municipal Assembly of Arroyo, Porto Rico, 295 Fed. 803, and the entry should be:

The judgment of the Supreme Court of Porto Rico is reversed, with costs to the appellant in this court, and the case is remanded to that court for further action not inconsistent with this opinion.